APPELLATE NO. 04-15-00647-CV
TRIAL NO. 2010-CI-14597

JOHN E. ROGARTE SR.
APPELLANT, DEFENDANT.

VS.

BENEFICIAL TEXAS INC.,
ITS SUCCESSORS AND ASSIGNS,
PLAINTIFF, APPELLEE

IN THE COURT OF APPEALS THE FOURTH COURT
FILED
AT SAN ANTONIO TEXAS
OF APPEALS

2015 DEC 28 AM 7:37

Keith E. Hottle

KEITH E. HOTTLE, CLERK

SAN ANTONIO TEXAS

MOTION FOR STAY OF MANDATE, T.R.A.P. RULE 18.2
TO FILE WRIT OF CERTIORARI IN THE U.S. SUPREME COURT
WITH BRIEF IN SUPPORT

TO THE HONORABLE JUSTICES AND COURT:

COMES NOW JOHN E. ROGARTE SR. AFFIANT, APPELLANT, MOVANT, IN PROPIA PERSONA. ON THIS DATE OF DECEMBER 16, 2015 COMPLETES DOCUMENT IN THE ABOVE STYLED AND NUMBERED CIVIL ACTION, AND WILL SHOW THE FOLLOWING;

ON DECEMBER 09, 2015 THE HONORABLE JUSTICE PATRICIA O. ALVAREZ, DENIED, DISMISSED APPELLANT'S APPEAL BRIEF, FOR FAILURE TO FILE AFFIDAVIT OF OTHER LITIGATION FILED INDIGENTLY.

APPELLANT ROGARTE SR. REQUESTS FOR STAY OF MANDATE FOR THE FILING OF A WRIT OF CERTIORARI.

APPELLANT ROGARTE SR. FEELS THAT THE HONORABLE 4th COURT OF APPEALS, BY DISMISSING THE APPEAL, WHILE DENYING DUE PROCESS TO PROCEED WITH AN APPEAL SHOWING THAT THE TRIAL COURT WAS INDEED WITHOUT JURISDICTION, FAILING TO ISSUE PROPER ORDERS ENJOINING APPELLEE'S BEXAR COUNTY SHERIFF FROM SEIZING AND SELLING APPELLANT'S HOME, PURSUANT TO STATUTE OF LIMITATIONS OF FOUR AND TWO YEARS, AS FOUND IN TEXAS CIVIL PRAC. & REM. CHAP. 16, 16.002, 16.035, DUE TO THE DATE OF OCTOBER 07, 2015 GRANTING OF APPELLEES' SECOND IN REM MOTION FOR SUMMARY JUDGEMENT, A COURT LACKING JURISDICTION, DUE TO THE FILING DATE OF ACTION BY APPELLEES ON AUGUST 31, 2010. THIS INCLUDES A PREVIOUS JUDGEMENT ISSUED ON APPELLEES' INTERLOCUTORY IN REM SUMMARY JUDGEMENT, DENYING APPELLEES' INTERLOCUTORY IN REM S.J. ON JULY 11, 2013 AND ON AUGUST 26, 2013. SEE NICKELSON VS. TOGO JO 2011 WL 2732605, PRAOD VS. FREDERICKSBURG POLICE DEPT. 2011 WL 1158368.

SENT LETTER TO BRUCE NEYLAND
COULD NOT PROVIDE HIM W/ A COPY
OF THIS DOCUMENT.

1.

2019 DEC 28 AM 7:37

... WOULD DENY APPELLANT RODARTE SR. A RIGHT TO DUE PROCESS THAT THE FOURTH COURT HAS FAILED TO OFFER NOTICE OF ISSUING ANY ORDER(S) ADJOINING THE APPELLEES BEXAR COUNTY SHERIFFS, OR OTHERS FROM SEIZURE AND SELLING APPELLANT'S PROPERTY WITHOUT DUE PROCESS OF LAW. 14TH AMENDMENT U.S. CONST.

BY THE FOURTH COURT OF APPEALS DENY OR DISMISSING APPELLANT'S APPEAL FOR FAILURE TO SUBMIT AN AFFIDAVIT (SEVERAL). APPELLANT MUST DISAGREE WITH JUSTICE ALVAREZ INTERPRETATION OF APPLICABLE LAW. CHAP. 14 CIV. PRAC. + REM. INMATE LITIGATION. AS THE INITIAL NOTICE OF APPEAL WOULD SHOW, APPELLANT RODARTE SR. DID IN FACT PROCLAIM HIS INDIGENCY, FILED LATER AN INMATE 6 MONTH INMATE TRUST FUND PRINTOUT, THAT WOULD PROVE APPELLANT'S STATE OF INDIGENCY. BY TEXAS LAW, CIVIL PRAC.+ REM. CHAP. 132, OR TEXAS RULES OF CIV. PRO. 145, OR AN UNSWORN DECLARATION ISHOULD HAVE SUFFICED THE FOURTH COURT OF APPEALS REQUIREMENTS. IT WOULD HAVE BEEN SUFFICIENT FOR THE FILING BY A NON-INMATE CITIZEN OF TEXAS. THEREFORE, BY APPELLANT RODARTE SR. SUBMITTING AN AFFIDAVIT OF INDIGENCY WITH HIS NOTICE OF APPEAL AND A CORRECTED LIST OF PREVIOUS FILINGS FROM A PREVIOUS LISTING WITH THE CURRENT UP TO DATE FILINGS, APPELLANT, WAS INDEED SUFFICIENT IN FULFILLING WHAT WAS ORDERED, AS PURSUANT TO T.R.A.A.R. 38.9(b), WAS INDEED SUBSTANTIAL AND SUFFICIENT TO SHOW THE FOURTH COURT OF APPEALS OF STATUS OF INDIGENCY AND ALL PREVIOUS FILINGS, AS ORDERED BY THIS FOURTH COURT OF APPEALS.

THEREFORE, BY THE FOURTH COURT OF APPEALS UNTIMELY DISMISSAL BY CIV. PRAC.+ REM. CHAP. 14 MUST BE HELD TO BE, IN CONFLICT WITH LEGISLATURES AND/OR CONGRESS' APPLICATIONS OF DEGREE OF SATISFACTION OF INDIGENCY. MAKES FOR A DIFFERENCE BETWEEN AN INMATE AN A NON-INMATE PERSON. ALSO IN VIOLATION @ AGAINST DISCRIMINATION, AS FOUND IN THE TEXAS AND U.S. CONST. BILL OF RIGHTS. THEREFORE, UNDER 28 USCA§ 1331, 1738 PRIOR DECISIONS FOUND IN 2010-CI-14597, ARE ALSO IN DIRECT VIOLATION, TO DETERMINE OTHER LAWFUL CLAIMS AS CURRENTLY PRESENTED, AND ON APPEAL, IN TRIAL COURT, THAT SAID DISMISSAL BY THE FOURTH COURT OF APPEALS, WOULD DENY APPELLANT DUE PROCESS 5th, 14th, 4th AMEND. U.S. CONST. IN FURTHER DENIAL TO TEXAS CONST. 16§SD15,52 §9,1, TITLE 11 USCA§ 522, RIGHT TO HOMESTEAD, TO WHICH APPELLANT LAWFULLY CLAIMS RIGHT TO. BY HEIRSHIP, LAST WILL + TESTAMENT GENERAL WARRANTY GIFT DEED, UNDERWRITTEN BY ALEXIE ALONZO BEFORE RACHEL A. RODARTE PASSED AWAY ON JANUARY 10, 2010.

IT IS THEREFORE REQUESTED, THAT THE CLERKS OF THE FOURTH COURT OF APPEALS AND BEXAR COUNTY DISTRICT CLERKS, PROVIDE THE U.S. SUPREME COURT WITH THE FULL APPELLATE RECORDS FOR TRIAL NO. 2010-CI-14597 AND APPEAL NO. 04-15-00647-CV. SAID DISMISSAL DENIES APPELLANT, AND A RIGHT TO HIS HOME, REMOVE CLOUD TO TITLE, POSSESSION, JURY TRIAL, DAMAGES, RECOVERY OF MONIES PAID TO APPELLEES, INSURANCE BENEFITS.

RESPECTFULLY SUBMITTED

2.



JOHN E. RODARTE Sr.
#263279
CLEMENTS Unit,
9601 Spur 591
Amar. TTo , Texas 79107-9606

LEGAL MAIL
LEGAL MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 DEC 28 AM 7: 37

*Keith E. Hottle*
KEITH E. HOTTLE, CLERK

FOURTH COURT OF APPEALS
OFFICE OF THE CLERK, MR. Hottle
300 Dolorosa St. # 3200
San Antonio, Texas 78205-3037

PRIVILEGED OFFENDER MAIL
NOT ....
DEPARTMENT CF TEXAS
JUSTICE - CRIMINAL
INSTITUTIONS CORRECTIONAL
VISION